# IN THE SUPREME COURT OF THE STATE OF NEVADA

VIA CASSIA TRUST, A TRUST
ENTITY; AND DIAKONOS HOLDINGS,
LLC, A NEVADA LIMITED-LIABILITY
COMPANY,

                    Appellants,

vs.

BANK OF AMERICA, N.A.,

                    Respondent.

No. 76516

FILED

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Michelle Leavitt, District Judge
       Hong & Hong
       Wright, Finlay & Zak, LLP/Las Vegas
       Gerrard Cox & Larsen
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-36304